# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| Robert W. Pacius | : | **Case No.: 19-10634** |
| | : | **Chapter 13** |
| Debtor. | : | **Judge Carol A. Doyle** |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Todd J. Ruchman and enters his appearance as counsel for U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2, its successor and assigns ("Creditor") in the above referenced case. Please send any and all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Keith Levy
Sarah E. Barngrover
Adam B. Hall
Edward H. Cahill
Umair M. Malik
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

19-014337_CMW

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

David M Siegel, Attorney for Robert W. Pacius, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April 17, 2019:

Robert W. Pacius, 7821 Mulligan, Burbank, IL 60459

Robert W. Pacius and Susan Pacius, 15806 S Laramie Ave, Oak Forest, IL 60452

/s/ Todd J. Ruchman _____